**Order filed October 1, 2019.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-19-00608-CV
NO. 14-19-00609-CV
_____

**SCOT CARTER, Appellant**

**V.**

**DELL B. EVERETT AND KELLEY EVERETT, Appellees**

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause Nos. 2013-74753 and 2018-06658**

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the 334th District Court informed this court that appellant had not made arrangements for payment for the reporter's record. On August 29, 2019, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no response.

Accordingly, we order appellant to file a brief in this appeal within 30 days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Christopher, Spain, and Poissant.